**Order filed October 22, 2013**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00751-CV

———————

### YUSUF M. SULTAN, Appellant

### V.

### CA NEW PLAN FIXED RATE PARTNERSHIP, L.P., Appellee

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46160**

## O R D E R

This appeal was abated for sixty days and the underlying dispute was referred to mediation. The appeal was subsequently reinstated, and the court ordered appellant to file his brief on or before August 16, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant files his brief with the clerk of this court on or before **November 4, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).                                        PER CURIAM